**DISMISSED; Opinion Filed October 25, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00989-CV

**KEEFE, BRUYETTE & WOODS, INC., Appellant**

**V.**

**GREENHILL COGENT HOLDINGS, L.P., Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04509**

## MEMORANDUM OPINION

Before Justices Francis, Stoddart, and Schenck
Opinion by Justice Francis

Appellant and appellee have filed an agreed motion to dismiss this appeal. *See* TEX. R.

APP. P. 42.1(a)(2). We grant the motion and dismiss the appeal. *See id.* Per the parties'

agreement, each party shall bear its own costs.

/Molly Francis/
MOLLY FRANCIS
JUSTICE

160989F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KEEFE, BRUYETTE & WOODS, INC.,
Appellant

No. 05-16-00989-CV          V.

GREENHILL COGENT HOLDINGS, L.P.,
Appellee

On Appeal from the 95th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-15-04509.
Opinion delivered by Justice Francis.
Justices Stoddart and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.


Judgment entered October 25, 2016.